DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| PATEL, NILESH | ) | Case No. 09-11398-PHX-GBN |
| PATEL, LISA | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| | ) | TO ABANDON PROPERTY |
| Debtor(s) | ) | |
| _____ | ) | |

NOTICE IS GIVEN that DIANE M. MANN, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate: 3 lots on Via Donna in Rio Verde, AZ, 13960 N 96th St, Scottsdale, AZ and 7930 E. Soaring Eagle, Scottsdale, AZ.

Any person opposing the abandonment shall file a written objection and request for a hearing within 20 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 102, PHOENIX, AZ 85003. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE: DIANE M. MANN, 29834 N. CAVE CREEK RD., #118-274, CAVE CREEK, AZ 85331
ATTORNEY FOR TRUSTEE: STEVE BROWN & ASSOC., 1414 E. INDIAN SCHOOL RD., STE 200, PHOENIX, AZ 85014

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

August 14, 2009                    /s/_____
   DATE                              DIANE M. MANN, Trustee