**ORDERED ACCORDINGLY.**

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: September 04, 2009



_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14395/0187179411

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Nilesh Patel and Lisa Patel<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Nilesh Patel and Lisa Patel, Debtors; Diane M. Mann, Trustee.<br><br>      Respondents. | No. 2:09-bk-11398-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #10) |

This matter having come before the Court for a Preliminary Hearing on September 3, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Randy Nussbaum, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 9, 2003, and recorded on June 13, 2003, in

1  the office of the Maricopa County Recorder at 2003-0768610 wherein Wells Fargo Bank, N.A. is the

2  current beneficiary and Nilesh Patel and Lisa Patel have an interest in, further described as:

3      Unit 505, ARROYO VERDE ESTATES. A CONDOMINIUM, according to Declaration of Condominium recorded in Document No. 96-325350 and amended in Document No. 96-647955 and Plat recorded in Book 415 of Maps, page 27, records of Maricopa County. Arizona: TOGETHER with an undhided interest in and to the common elements as set forth in said Declaration and said Plat.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

_____

JUDGE OF THE U.S. BANKRUPTCY COURT